884 A.2d 250

William VALORA, Jr., as Parent and Natural Guardian of Benjamin Valora and William Valora, Jr., in his own right, Respondent

v.

PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, Petitioner.

Supreme Court of Pennsylvania.

Oct. 4, 2005.

## ORDER

PER CURIAM:

**AND NOW,** this 4th day of October, 2005, the Petition for Allowance of Appeal is hereby GRANTED, *limited* to the following issues:

1. Did the Superior Court err as a matter of law when it ignored Petitioner's *contractual* right to subrogation and treated this as a case of equitable subrogation?

2. Did the Superior Court err as a matter of law when it relied on precedent under the Worker's Compensation Act to arrive at its conclusion that Petitioner was required to pursue its subrogation rights diligently?